United States District Court
Southern District of Texas
ENTERED
JUL 07 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 06 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| 11,950 ACRES OF LAND, | § | CIVIL NO. B-93-256 |
| MORE OR LESS, LOCATED IN | § | |
| CAMERON COUNTY, TEXAS; | § | |
| FIRST HEIGHTS BANK, FSB; | § | UNOPPOSED |
| ET AL. | § | |

## FINAL ORDER FOR DISBURSEMENT

The United States acquired the title to the subject 11,950 acres of land by depositing the sum of $5,855,600.00 in the registry on January 23, 1998. Since that time the Clerk has disbursed the following amounts:

| | |
|---|---|
| First Heights Bank | $12,707.40 |
| Cameron County Tax Assessor-Collector | $2,133.51 |
| Point Isabel I.S.D. Tax Assessor-Collector | $5,026.08 |

The United States has filed an Unopposed Motion to Disburse Balance of Fund in the Registry asking the Court to disburse an additional $587.26 to the Cameron County Tax Assessor-Collector and then pay the remaining balance of the fund to First Heights Bank, fsb. The Court has considered this motion and is of the opinion that it should be granted.

It is therefore ORDERED that the Clerk shall disburse the sum of $587.26 (without interest) out of the Registry by check payable

to Cameron County Tax Assessor-Collector Tony Yzaguirre, and mail it to Charles Wendlandt, Assistant U.S. Attorney, 606 N. Carancahua, Suite 1400, Corpus Christi, Texas 78476.

It is further ORDERED that after disbursement of the above referenced $587.26, the entire remaining balance of the sum of $5,855,600.00 deposited in this action, together with any interest that has accrued thereon, shall be paid to First Heights Bank, fsb, 2050 North Loop West, Suite 201, Houston, Texas 77108, by wire transfer as follows:

> ABA # 110-4019-5
> Federal Home Loan Bank - Dallas
> Account # 4941403
> Credit First Heights Bank, fsb

Additional information concerning payment instructions may be obtained from Shirley Glueck, Vice President, telephone no. 713-316-1011.

Counsel for the United States is directed to submit a proposed final judgment.

Done on this the 6TH day of July, 1998, at Brownsville, Texas.

JOHN WM. BLACK
United States Magistrate Judge

Submitted by:

Charles Wendlandt
Assistant U.S. Attorney

2