142

United States District Court
Southern District of Texas
FILED

JUL 14 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| 11,950 ACRES OF LAND, § | CIVIL NO. B-93-256 |
| MORE OR LESS, LOCATED IN § | |
| CAMERON COUNTY, TEXAS; § | |
| FIRST HEIGHTS BANK, FSB; § | |
| ET AL. § | |

## FINAL JUDGMENT

The United States of America filed this suit to condemn 11,950 acres of land, more or less, in Cameron County, Texas, for public use. The following parties were joined as defendants and properly served with notice: First Heights Bank, fsb; Pacific Union Company, a/k/a Pacific Union Co., Inc.; Joe G. Sanders, Trustee; Kathy Grady; Porchie F. Grady; C. L. Ballard; KMG Enterprises, Inc.; and Jorge A. Gutierrez, as Receiver for Rio Grande Savings & Loan Association; the Cameron County Tax Assessor-Collector; the Point Isabel Independent School District Tax Assessor-Collector; and the State of Texas. All disputed issues have been determined and it appears that a final judgment should be entered at this time.

It is therefore ORDERED, ADJUDGED AND DECREED that the fee simple absolute title to the 11,950 acres of land, more or less, described in the Order For Delivery of Possession recorded in Volume 4819, at Pages 133-157, of the Official Records of Cameron

1

County, Texas, vested in the United States of America on January 23, 1998, free and discharged of all liens and claims whatsoever except:

1) Existing rights-of-way and easements of record;

2) Texas Permanent School Fund ownership seaward of the line of mean higher, high water or mean high tide, as applicable;

3) The rights of the public to use the public beach, as defined in Texas Natural Resources Code §§ 61.011-61.024;

4) The minerals reserved in the deed dated May 25, 1972, from Gatewood Newberry, et al., to Cecil McDonald, recorded in Volume 935, Pages 62-219, Deed Records of Cameron County, Texas;

5) The minerals reserved in the deed dated February 23, 1982, from ITT World Communication, Inc., to Flynn Investment Company, recorded in Volume 1267, Page 567, Deed Records of Cameron County, Texas; and

6) The minerals reserved in the patent dated September 25, 1929, from the State of Texas to Sam Robertson, recorded in Volume 204, Page 511, Deed Records of Cameron County, Texas.

It is further ORDERED, ADJUDGED AND DECREED that the payment of $5,855,600.00 into the Registry of the Court on January 23, 1998 constitutes full, just compensation for the taking of said 11,950 acres of land.

It is further ORDERED, ADJUDGED AND DECREED that First Heights Bank, fsb, was the true owner of the land taken in this proceeding and was entitled to receive all of the award of just compensation.

It is further ORDERED, ADJUDGED AND DECREED that all liens held by First Heights Bank, fsb, and the local taxing authorities were extinguished by the taking.

It is further ORDERED, ADJUDGED AND DECREED that all of the property taxes accruing upon the subject 11,950 acres, including a pro rata portion of the 1998 taxes, have been paid out of the fund deposited in the Registry of the Court, and that all claims for compensation have been fully satisfied.

Done on this the  14th  day of  July , 1998, at Brownsville, Texas.

_____
FILEMON B. VELA
United States District Judge

3